UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV NO. 208-052 |
| | ) | |
| JERRY T. NORTH, a/k/a JERRY NORTH, | ) | |
| | ) | |
| Defendant. | ) | |

FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby agrees to the entry of a consent judgment in the principal amount of $5,874.02, accrued interest of $5,871.54 at the prejudgment interest rate of 8.00% as of March 14, 2008, for a gross sum of $11,745.56, plus any additional interest until judgment and thereafter at the legal rate per annum, plus costs of this action and any future costs. Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full. Payment will be made to the Department of Justice and mailed to U.S. Attorney's Office, P.O. Box 8970, Savannah, GA 31412, unless otherwise instructed by the Plaintiff.

3. This judgment shall be recorded among the records of the Superior Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

United States v. Jerry North
CV208-052
Page Two, Consent Judgment

4. The defendant shall submit financial data to the plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding, as required by the Plaintiff.

5. The terms of this judgment may be amended upon written agreement of the parties.

6. Costs shall be paid by the defendant.

7. The Clerk is directed to enter judgment upon the terms set forth in this order and pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED THIS 5 DAY OF August, 2008.

_____
U.S. District Judge, Southern District of Georgia

CONSENTED TO BY:

EDMUND A. BOOTH, JR.
United States Attorney

_____
Ruth H. Young
Assistant U.S. Attorney
Georgia Bar No. 198489
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

CONSENTED TO BY:

_____
Jerry T. North, a/k/a Jerry North, Defendant
SS# *****4537
Defendant Phone: _____